UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GUANGZHOU FANGTU TECHNOLOGY CO., LTD., d/b/a FANGTUEH and QAVABIN, a Chinese company,

Plaintiff,

vs.

DBEST PRODUCTS. INC., a California corporation,

Defendant.

Case No.: 2:26-cv-7860-CV (ASx)

Hon. Judge Cynthia Valenzuela

**ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO STRIKE AND/OR DISMISS COUNTS III THROUGH VI**

On September 28, 2026, the Parties filed a Stipulation to Continue the Hearing on Defendant's Motion to Strike and/or Dismiss. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the hearing on Defendant's Motion to Strike and/or Dismiss (Doc. # 13), previously set for October 23, 2026, is CONTINUED to October 30, 2026, at 1:30 p.m.

Plaintiff's opposition shall be filed and served no later than October 9, 2026. Defendant's reply shall be filed and served no later than October 16, 2026.

IT IS SO ORDERED.

Dated: 10/20/26

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE